TIMOTHY F. GUINEE et al., Respondents, v. ESTATE OF CHARLES FREDERICK HOFFMAN, INC., Appellant and Third-Party Plaintiff-Appellant. TOP GRADE BUTTER & EGG CORPORATION, Third-Party Defendant-Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Dore, J. P., Callahan, Breitel, Botein and Bergan, JJ.

In the Matter of the Accounting of CITY BANK FARMERS TRUST COMPANY, as Successor Trustee under the Will of CHARLES J. COULTER, Deceased, Respondent. CHARLES J. COULTER et al., Appellants.— Decree unanimously affirmed, with costs to the respondent payable out of the estate. No opinion. Present — Dore, J. P., Callahan, Breitel, Botein and Bergan, JJ. [See *post,* p. 793.]

DOFAN HANDBAG CO., INC., Appellant, v. LISLE REALTY COMPANY et al., Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Dore, J. P., Callahan, Breitel, Botein and Bergan, JJ.

MARIE D. O'BRIEN et al., Appellants, v. J. H. BUNNELL & COMPANY, Respondent. MARGARET D. O'BRIEN, Appellant, v. J. H. BUNNELL & COMPANY, Respondent.— Orders unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Dore, J. P., Callahan, Breitel, Botein and Bergan, JJ.

LOU RANDALL et al., Copartners Doing Business under the Name of ROYAL FUR TRADING CO., Appellants, v. SAMUEL STECKLER, Respondent, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Dore, J. P., Callahan, Breitel, Botein and Bergan, JJ.

MAUDE D. LORD, Respondent, v. KENNETH LORD, Appellant.— Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Dore, J. P., Callahan, Breitel, Botein and Bergan, JJ. [See *post,* p. 793.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EVELYN DAVIS, Appellant.— In view of the contents of the probation report and the circumstances of the particular crime charged, we believe the sentence should be reduced on each count. Judgment unanimously modified by reducing the sentence to a term of not less than three years nor more than ten years on each count, to run concurrently and, as so modified, affirmed. Present — Dore, J. P., Callahan, Breitel, Botein and Bergan, JJ.